

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY EDWARD HALL : CIVIL ACTION
:
v. :
:
AFSCME, et al. : NO. 17-3417

**ORDER**

AND NOW, this 25 day of September, 2017, upon consideration of plaintiff's motion to amend original complaint (ECF No. 4), it is ORDERED that:

FILED
SEP 26 2017
KATE BARKMAN, Clerk
By_____ JC _____ Dep. Clerk

1. Plaintiff's motion is GRANTED.

2. The Court will treat plaintiff's filing as an amended complaint. The amended complaint is DISMISSED for the reasons stated in the Court's memorandum.

3. Plaintiff is given leave to file a second amended complaint within thirty (30) days of the date of this order in the event he has exhausted remedies under the Federal Tort Claims Act and has a basis for bringing a claim against the United States under the Federal Tort Claims Act. If plaintiff files a second amended complaint, he shall describe how he exhausted his claims and shall not raise any claims that were already resolved in prior lawsuits, including Civ. A. No. 10-5204. Any second amended complaint shall clearly state the basis for plaintiff's claims by providing the dates on which the events in question occurred, stating where they occurred, and describing who was involved and what happened. Upon the filing of a second amended complaint, the Clerk of Court shall not make service until so ORDERED.

ENTERED
SEP 26 2017
CLERK OF COURT

9/26/17 mail
Hall

BY THE COURT:

C. DARNELL JONES, II, J.